MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No, 95987
HERMAN J. HOYING, State Bar No. 257495
JENNIFER L. CALVERT, State Bar No. 258018
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
kroger@morganlewis.com
hhoying@morganlewis.com
jennifer.calvert@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| STATE OF OREGON, *ex rel.* John Kroger, Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>AU OPTRONICS CORPORATION, *et al.,*<br><br>Defendants. | This Document Relates to Individual Case No. 3:10-cv-4346 SI<br><br>Master File No. 3:07-md-1827<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22655164.1

WHEREAS plaintiff State of Oregon ("Oregon") filed the above captioned lawsuit on August 10, 2010;

WHEREAS Oregon filed a first amended complaint on April 15, 2011 ("Amended Complaint");

WHEREAS Defendants Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi, Ltd. (collectively, the "Hitachi Defendants") and Defendants Chi Mei Corporation, Chi Mei Innolux Corporation, CMO Japan Co., Ltd., and Chi Mei Optoelectronic USA, Inc. (collectively, the "Chi Mei Defendants") jointly filed with other defendants a motion to dismiss Count III in its entirety and Count IV to the extent it seeks "disgorgement of profits" as a remedy on June 6, 2011;

WHEREAS the Court denied Defendants' joint motion to dismiss Counts III and IV of the Amended Complaint on July 12, 2011;

WHEREAS all defendants, including the Hitachi Defendants and Chi Mei Defendants, entered into a stipulation with Oregon on July 21, 2011 that Defendants' deadline to answer the Amended Complaint was August 12, 2011;

WHEREAS on July 21, 2011, the Court entered an order extending Defendants' deadline to answer the Amended Complaint until August 12, 2011;

WHEREAS the Hitachi Defendants and Chi Mei Defendants entered into a stipulation with Oregon on August 11, 2011 that the Hitachi Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint is September 12, 2011;

WHEREAS on August 24, 2011, the Court entered an order extending the Hitachi Defendants' and Chi Mei Defendants' deadline to answer the Amended Complaint until September 12, 2011;

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22655164.1

WHEREAS extending the Hitachi Defendants' and Chi Mei Defendants' time to respond to the Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oregon, on the one hand, and the Hitachi Defendants and Chi Mei Defendants on the other hand, as follows:

Hitachi Defendants and Chi Mei Defendants will have until September 26, 2011 to answer Oregon's Amended Complaint.

Dated: September 9, 2011

HAGLUND KELLEY HORNGREN JONES & WILDER LLP

/s/ Michael K. Kelley
Michael E. Haglund (SBN 772030)
Michael K. Kelley (SBN 853782)
Shay S. Scott (SBN 934214)
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777
Fax: (503) 225-1257
mhaglund@hk-law.com

*Counsel for State of Oregon*

OREGON SENIOR ASSISTANT ATTORNEY GENERAL

Tim D. Nord (SBN 882800)
1162 Court Street, NW
Salem, OR 97301-4096
Tel: (503) 947-4333
Fax: (503) 225-1257
tim.d.nord@state.or.us

*Counsel for State of Oregon*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-  CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22655164.1

| | |
|---|---|
| 1 | |
| 2 | MORGAN LEWIS & BOCKIUS LLP |
| 3 | /s/ Kent M. Roger<br>Kent M. Roger (SBN 95987) |
| 4 | Morgan Lewis & Bockius LLP<br>One Market, Spear Street Tower |
| 5 | San Francisco, CA 94105<br>Tel: (415) 442-1000 |
| 6 | Fax: (415) 442-1001<br>*kroger@morganlewis.com* |
| 7 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,* |
| 8 | *Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 9 | DAVIS POLK & WARDWELL LLP |
| 10 | /s/ Sandra West<br>Christopher B. Hockett (SBN 121539) |
| 11 | Neal A. Potischman (SBN 254862) |
| 12 | Sandra West (SBN 250389)<br>Samantha H. Knox (SBN 254427) |
| 13 | Micah G. Block (SBN 270712)<br>DAVIS POLK & WARDWELL LLP |
| 14 | 1600 El Camino Real<br>Menlo Park, CA 94025 |
| 15 | Tel: (650) 752-2000 |
| 16 | Fax: (650) 752-2111<br>chris.hockett@davispolk.com |
| 17 | neal.potischman@davispolk.com<br>sandra.west@davispolk.com |
| 18 | samantha.knox@davispolk.com<br>micah.block@davispolk.com |
| 19 | |
| 20 | Jonathan D. Martin (admitted pro hac vice)<br>Bradley R. Hansen (admitted pro hac vice) |
| 21 | DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue |
| 22 | New York, NY 10017<br>Tel: (212) 450-4000 |
| 23 | Fax: (212) 701-5800 |
| 24 | jonathan.martin@davispolk.com<br>bradley.hansen@davispolk.com |
| 25 | |
| 26 | *Attorneys for Defendants Chimei Innolux Corporation*<br>*(F/K/A Chi Mei Optoelectronics Corp.), Chi Mei* |
| 27 | *Optoelectronics USA, Inc., and CMO Japan Co., Ltd.* |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-   CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22655164.1

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Michael M. Kelley and Sandra West concur in this filing.

/s/ Kent M. Roger
Kent M. Roger
*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-5-

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22655164.1

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: September __9__, 2011

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-6-

CASE NO. 3:10-CV-4346 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER

DB2/ 22655164.1