1  HUGH F. BANGASSER (*PRO HAC VICE*)
2  RAMONA M. EMERSON (*PRO HAC VICE*)
   CHRISTOPHER M. WYANT (*PRO HAC VICE*)
3  K&L GATES LLP
   925 Fourth Avenue, Suite 2900
4  Seattle, WA  98104-1158
   Phone: (206) 623-7580
5  Fax:    (206) 623-7022

6  JEFFREY L. BORNSTEIN, State Bar No. #99358
7  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
8  San Francisco, CA 94111
9  Phone: (415) 249-1059
   Fax:    (415) 882-8220
10

11 Attorneys for Defendants
   HANNSTAR DISPLAY CORPORATION

12 [Additional moving parties and counsel
   listed on signature pages]
13

14                IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:10-4346 SI |
| | MDL No. 3:07-MD-1827 SI |
| This document Related to Individual Case No. 3:10-4346 SI | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING TRIAL SCHEDULE** |
| STATE OF OREGON, *ex rel.* John Kroeger, Attorney General, | Judge: Susan Illston |
| Plaintiff, | |
| vs. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

---

**STIPULATION AND ORDER MODIFYING TRIAL SCHEDULE**
**MDL Case No. 3:07-MD-1827 SI; Individual Case No. 3:10-4346 SI**

The undersigned counsel, on behalf of the State of Oregon, ex rel. John Kroger, and Defendants party to the above-captioned action (collectively "Parties") hereby stipulate and agree as follows:

WHEREAS the Parties have conferred regarding the schedule set in the Court's Order re Pretrial and Trial Schedule (Dkt. 2165) and modified by stipulation and order on July 12, 2011 (Dkt. 3110) (the "July 12 Stipulation");

WHEREAS the Parties agree to the extension of dates set in the Pretrial and Trial Schedule in order to allow sufficient time for discovery and related work;

NOW, THEREFORE, the Parties, through their undersigned respective counsel, stipulate and agree as follows:

That the pretrial dates set forth in the Pretrial and Schedule, as modified by the July 12 Stipulation, are hereby amended solely as to State of Oregon v. Au Optronics Corporation, et al., Case No. 3:10-cv-04346-SI;

That State of Oregon v. Au Optronics Corporation, et al., Case No. 3:10-cv-04346-SI, shall be considered as filed after December 1, 2010 solely for the purposes of the Pretrial and Trial Schedule, as modified by the July 12 Stipulation, and for no other purpose; and

The Parties further stipulate that the close of fact discovery shall be amended and extended to March 8, 2012. As to the other pretrial dates, the Parties agree to meet and confer no later than January 6, 2012 to agree on a modified pretrial schedule.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Respectfully submitted this 6th day of December, 2011. |
| 2 | |
| 3 | HAGLUND KELLEY HORNGREN JONES & WILDER LLP |
| 4 | |
| 5 | By: /s/ Michael K. Kelley<br>Michael E. Haglund (State Bar No. 772030)<br>Michael K. Kelley (State Bar No. 853782) |
| 6 | Shay S. Scott (State Bar No. 934214)<br>200 SW Market Street, Suite 1777 |
| 7 | Portland, OR 97201<br>(503) 225-0777 (Phone) |
| 8 | (503) 225-1257 (Facsimile)<br>*mhaglund@hk-law.com* |
| 9 | Counsel for State of Oregon |
| 10 | OREGON SENIOR ASSISTANT ATTORNEY GENERAL |
| 11 | |
| 12 | Tim D. Nord (State Bar No. 882800)<br>1162 Court Street, NW |
| 13 | Salem, OR 97301-4096<br>(503) 947-4333 (Phone) |
| 14 | (503) 225-1257 (Facsimile)<br>*tim.d.nord@state.or.us* |
| 15 | Attorneys for STATE OF OREGON |
| 16 | K&L GATES LLP |
| 17 | By: /s/ Christopher M. Wyant<br>Hugh F. Bangasser, (*Pro Hac Vice*) |
| 18 | Ramona M. Emerson, (*Pro Hac Vice*)<br>Christopher M. Wyant, (*Pro Hac Vice*) |
| 19 | Jeffrey L. Bornstein, Bar No. 99358<br>925 Fourth Avenue, Suite 290 |
| 20 | Seattle, WA 98104<br>Tel: (206) 623-7580 |
| 21 | Fax: (206) 623-7022<br>*chris.wyant@klgates.com* |
| 22 | Attorneys for Defendants<br>HANNSTAR DISPLAY CORPORATION |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOSSAMAN LLP

By: /s/ Christopher A. Nedeau
    Christopher A. Nedeau (Bar No. 81297)
    50 California Street, 34th Floor
    San Francisco, CA 94111
    Tel: (415) 398-3600
    Fax: (415) 398-2438
    *cnedeau@nossaman.com*

    Attorneys for Defendants
    AU OPTRONICS CORPORATION AND AU
    OPTRONICS CORPORATION AMERICA

SIMPSON THACHER & BARTLETT LLP

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV
    2550 Hanover Street
    Palo Alto, CA 94304
    Telephone: (650) 251-5000
    Facsimile: (650) 251-5002
    Email: *hfrahn@stblaw.com*

    Attorneys for Defendants CHIMEI INNOLUX
    CORPORATION (F/K/A CHI MEI
    OPTOELECTRONICS CORP.), CHI MEI
    OPTOELECTRONICS USA, INC., AND CMO
    JAPAN CO., LTD.

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
    Kent M. Roger (Bar No. 95987)
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Tel: (415) 442-1140
    Fax: (415) 442-1001
    *kroger@morganlewis.com*

    Attorneys for Defendants
    HITACHI, LTD., HITACHI DISPLAYS, LTD.,
    HITACHI ELECTRONIC DEVICES (USA), INC.

| | |
|---|---|
| 1 | |
| 2 | MORRISON & FOERSTER LLP |
| 3 | |
| 4 | By: /s/ Stephen P. Freccero<br>Stephen P. Freccero  (Bar No. 131093)<br>425 Market Street |
| 5 | San Francisco, CA  94105-2482<br>Tel:  (415) 268-7000 |
| 6 | Fax:  (415) 268-7522<br>*SFreccero@mofo.com* |
| 7 | |
| 8 | Attorneys for Defendants<br>EPSON IMAGING DEVICES<br>CORPORATION AND EPSON |
| 9 | ELECTRONICS AMERICA, INC. |
| 10 | |
| 11 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>By:  /s/ Michael R. Lazerwitz |
| 12 | Michael R. Lazerwitz (PRO HAC VICE)<br>Jeremy J. Calsyn (State Bar No. 205062) |
| 13 | Lee F. Berger (State Bar No. 222756)<br>CLEARY GOTTLIEB |
| 14 | STEEN & HAMILTON LLP<br>One Liberty Plaza |
| 15 | New York, NY 10006<br>(212) 225-2000 (Phone) |
| 16 | (212) 225-3999 (Facsimile)<br>*mlazerwitz@cgsh.com* |
| 17 | Attorneys for Defendants LG DISPLAY CO., |
| 18 | LTD., and LG DISPLAY AMERICA, INC. |

(Line numbers 19–28 blank)

**STIPULATION AND ORDER MODIFYING TRIAL SCHEDULE**
**MDL Case No. 3:07-MD-1827 SI; Individual Case No. 3:10-4346 SI**

```
 1
 2                                    COVINGTON & BURLING LLP
 3                                    By: /s/ Robert D. Wick
                                          Robert D. Wick
 4                                        1201 Pennsylvania Avenue, N.W.
                                          Washington, D.C.  20006
 5                                        Tel:  (202) 662-6000
                                          Fax:  (202) 662-6291
 6                                        rwick@cov.com

 7                                        Attorneys for Defendants
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
 8                                        SAMSUNG SEMICONDUCTOR, INC., and
                                          SAMSUNG ELECTRONICS CO., LTD.
 9
10                                    PILLSBURY WINTHROP SHAW PITTMAN LLP

11                                    By: /s/ John M. Grenfell
                                          John M. Grenfell (State Bar No. 88500)
12                                        50 Fremont Street
                                          San Francisco, CA 94105
13                                        Tel: (415) 983-1000
                                          Fax: (415) 983-1200
14                                        john.grenfell@pillsburylaw.com

15                                        Attorneys for Defendants
                                          SHARP CORPORATION AND SHARP
16                                        ELECTRONICS CORPORATION

17                                    WHITE & CASE LLP

18                                    By: /s/ John H. Chung
                                          John H. Chung, (Pro Hac Vice)
19                                        1155 Avenue of the Americas
                                          New York, NY  10036
20                                        Tel:  (212) 819-8200
                                          Fax:  (212) 354-8113
21                                        jchung@ny.whitecase.com

22                                        Attorneys for Defendants
                                          TOSHIBA CORPORATION, TOSHIBA
23                                        MOBILE DISPLAY TECHNOLOGY CO.,
                                          LTD., TOSHIBA AMERICA INFORMATION
24                                        SYSTEMS, INC., TOSHIBA AMERICA
                                          ELECTRONIC COMPONENTS, INC.
25
26
27
       ATTESTATION:  The filer of this document attests that the concurrence of the signatories
28   thereto has been obtained:
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12/6/11

Date Entered                           Honorable Judge Susan Illston

**CERTIFICATE OF SERVICE BY E-MAIL**
(Federal Rules of Civil Procedure Rule 5(b))

I declare that I am employed with the law firm of K&L Gates, LLP, whose address is 925 4th Avenue, Suite 2900, Seattle, Washington 98104-1158. I am not a party to the case, and I am over the age of eighteen years.

I further declare that on December 6, 2011, I served a copy of:

**STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL SCHEDULE**

by electronically mailing a true and correct copy to all parties of record through the CM-ECF system in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury that the above is true and correct.

Executed at Seattle, Washington, this 6th day of December, 2011.

                                                    /s/ Christopher M. Wyant
                                                        Christopher M. Wyant