Case3:10-cv-04346-SI Document74 Filed04/12/12 Page1 of 10

Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Joshua C. Stokes (CA Bar No. 220214)
Nathanial J. Wood (CA Bar No. 223547)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
jstokes@crowell.com

*Liaison Counsel for Undersigned Direct Action Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al., Case No. 10-cv-04572 SI*<br><br>*Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al., Case No. 10-cv-00117 SI*<br><br>*Target Corp., et al. v. AU Optronics Corporation, et al., Case No. 10-cv-04945 SI*<br><br>*Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al., Case No. 10-cv05625 SI* | Master Docket No. 07-m-1827 SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR LG DISPLAY'S MOTION FOR LEAVE TO AMEND** |

CROWELL & MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

Case3:10-cv-04346-SI Document74 Filed04/12/12 Page2 of 10

*SB Liquidation Trust v. AU Optronics Corporation, et al., Case No. 10-cv-05458 SI*

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al., Case No. 10-cv-03205 SI*

*Costco Wholesale Corporation v. AU Optronics Corporation, et al., Case No. 11-cv00058 SI*

*Motorola Mobility, Inc. v. AU Optronics Corporation, et al., C 09-5840 SI*

*AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al., No. 3:09-cv-4997 SI*

*State of Florida v. AU Optronics Corporation, et al., Case No. 10-cv-3517 SI.*

*State of Missouri, et al. v. AU Optronics Corporation, et al., Case No. 10-cv-03619 SI*

*State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al., Case No. 3:10-4346 SI*

CROWELL & MORING LLP
ATTORNEYS AT LAW

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

Case3:10-cv-04346-SI Document74 Filed04/12/12 Page3 of 10

Defendants LG Display America, Inc. and LG Display Co., Ltd. (collectively, "LG Display") and the Direct Action Plaintiffs ("DAPs") and State Attorneys General ("AGs") in the above captioned actions stipulate as follows:

WHEREAS LG Display filed a Motion for leave to amend their respective Answers and to add Additional Defenses and a Counterclaim for Declaratory Relief in *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04572 SI, *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-00117 SI, *Target Corp., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-04945 SI, *Alfred H. Siegel, As Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corporation, et al.*, Case No. 10-cv05625 SI, *SB Liquidation Trust v. AU Optronics Corporation*, et al., Case No. 10-cv-05458 SI, *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03205 SI, *Costco Wholesale Corporation v. AU Optronics Corporation*, et al., Case No. 11-cv00058 SI, *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, C 09-5840 SI , *AT&T Mobility LLC, et al. v. AU Optronics Corporation, et al.*, No. 3:09-cv-4997 SI, *State of Florida v. AU Optronics Corporation, et al.*, Case No. 10-cv-3517 SI, *State of Missouri, et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-03619 SI, *State of Oregon, ex rel John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-4346 SI pursuant to Rule 15(a) of the Federal Rules of Civil Procedure on March 22, 2012 (hereafter, "LG Display's Motion to Amend");

WHEREAS the DAPs and AGs are currently required to file their Opposition to LG Display's Motion to Amend on or before April 5, 2012;

WHEREAS the hearing on LG Display's Motion to Amend is scheduled to be to be heard on May 18, 2012;

WHEREAS the parties desire to continue the briefing schedule for LG Display's Motion to Amend until after the April 20, 2012 hearing on duplicative recovery in the Indirect Purchaser Plaintiff case, and believe that a continuance will allow for more efficient use of the Court's and the parties time by potentially streamlining issues for resolution;

CROWELL & MORING LLP
ATTORNEYS AT LAW

-1-

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

IT IS HEREBY STIPULATED AND AGREED by the undersigned DAPs, AGs, and LG Display, by and through their undersigned liaison counsel and subject to the concurrence of the Court, as follows:

(1) The time for the undersigned DAPs and AGs served with LG Display's Motion to Amend to file their Oppositions to LG Display's Motion shall be extended to and including April 27, 2012. The DAPs shall file a single opposition brief to LG Display's Motion to Amend.

(2) LG Display's time to file its Reply(ies) in support of its Motion shall be extended to and including May 8, 2012.

DATED: April 5, 2012

By: /s/ *Joshua C. Stokes*

**Jerome A. Murphy** (*pro hac vice*)
**Jeffrey H. Howard** (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 623-2500
Facsimile: (202) 628-5116
Email: jmurphy@crowell.com
Email: jhoward@crowell.com

**Jason C. Murray** (CA Bar No. 169806)
**Joshua C. Stokes** (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
Email: jstokes@crowell.com

**R. Bruce Holcomb** (*pro hac vice*)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8820
Facsimile: (202) 580-8821
Email: holcomb@adamsholcomb.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for Motorola Mobility, Inc.; AT&T Mobility, LLC; AT&T Corp.; AT&T Services, Inc.; BellSouth Telecommunications, Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T DataComm, Inc.; Southwestern Bell Telephone Company; Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Newegg Inc.*

*Counsel for SB Liquidation Trust*

By: /s/ *David H. Orozco*

DIAMOND McCARTHY LLP
**Allan Diamond, Esq.**
**James D. McCarthy, Esq.**
**Jason Fulton, Esq.**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone: (713) 333-5104
Facsimile: (713) 333-5199
Email: adiamond@diamondmccarthy.com
jmccarthy@diamondmccarthy.com
jfulton@diamondmccarthy.com

SUSMAN GODFREY LLP
**Marc M. Seltzer, Esq.**
**Ryan C. Kirkpatrick, Esq.**
**David H. Orozco, Esq.**
**Steven G. Sklaver, Esq.**
1901 Avenue of the Stars
Suite 950
Los Angeles, CA 90067-6029
Telephone : (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
dorozco@susmangodfrey.com
ssklaver@susmangodgrey.com

*Counsel for Plaintiffs Alfred H. Siegel, as Trustee of the Circuit City Stores Inc. Liguidating Trust*

By: /s/ Jonathan Ross

**Jonathan Ross**
SUSMAN GODFREY LLP
1000 Louisiana, Ste, 5100
Houston, TX 77002
Telephone: (713) 653-7813
Facsimile: (713) 654-6666

Case3:10-cv-04346-SI Document74 Filed04/12/12 Page6 of 10

*Counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.*

By: /s/ *Philip J. Iovenio*
BOIES, SCHILLER & FLEXNER LLP
**William A. Isaacson** (admitted pro hac vice)
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
**Philip J. Iovieno** (admitted pro hac vice)
10 North Pearl Street
4th Floor
Albany, NY 12207
Telephone: 518-434-0600
Facsimile: 518-434-0665
Email: piovieno@bsfllp.com

*Counsel for Plaintiffs Tracfone Wireless, Inc.*

By: /s/ *David B. Esau*
CARLTON FIELDS
**James Blaker Baldinger, Esq.**
**David B. Esau, Esq.**
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone : (561) 659-7070
Facsimile: (561) 659-7368
Email: jbaldinger@carltonfields.com
desau@carltonfields.com

CARLTON FIELDS
**Robert L. Ciotti, Esq.**
4221 W Boy Scout Boulevard
10th Floor - Corporate Center III
Tampa, FL 33067-5736
Telephone : (813) 223-7000
Facsimile: (813) 229-4133
Email: rciotti@carltonfields.com

CROWELL & MORING LLP
ATTORNEYS AT LAW

-4-

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

*Counsel Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Best Buy.com, LLC; and Magnolia Hi-Fi, Inc.*

By: /s/ *Roman M. Silberfeld*

**Roman M. Silberfeld**
**David Martinez**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

rkirkpatrick@susmangodfrey.com
dorozco@susmangodfrey.com
ssklaver@susmangodgrey.com

*Counsel for Plaintiffs Costco Wholesale Corporation*

By: /s/ *David J. Burman*

**David J. Burman**
PERKINS COIE LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Plaintiff State of Florida*

By: /s/ *Nicholas J. Weilhammer*

**Nicholas J. Weilhammer**
STATE OF FLORIDA
Pro Hac Vice
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Fax: (850) 488-9134

*Attorneys for Plaintiff State of Missouri*

By: /s/ *Anne E. Schneider*

**Anne E. Schneider**
STATE OF MISSOURI
Assistant Attorneys General
Missouri Attorney General Office
P. O. Box 899
Jefferson City, MO 65102

*Attorneys for Plaintiff State of Arkansas*

By: /s/ *Kevin Wells*
**Kevin Wells**
STATE OF ARKANSAS
Assistant Attorney General
Arkansas Attorney General Office
323 Center Street, Suite 500
Little Rock, AR 72201

*Attorneys for Plaintiff State of Michigan*

By: /s/ *M. Elizabeth Lippitt*
**M. Elizabeth Lippitt**
STATE OF MICHIGAN
Assistant Attorney General
Michigan Attorney General Office
Corporate Oversight Division
525 West Ottawa Street, 6th Floor
Lansing, MI 48933

*Attorneys for Plaintiff State of West Virginia*

By: /s/ *Douglas L. Davis*
**Douglas L. Davis**
STATE OF WEST VIRGINIA
Assistant Attorney General
West Virginia Attorney General Office
812 Quarrier St., First Floor
Charleston, WV 25301

*Attorneys for Plaintiff State of Wisconsin*

By: /s/ *Gwendolyn J. Cooley*
**Gwendolyn J. Cooley**
STATE OF WISCONSIN
Assistant Attorney General
Wisconsin Department of Justice
PO Box 7857
Madison, WI 53707

Case3:10-cv-04346-SI Document74 Filed04/12/12 Page9 of 10

*Attorneys for Plaintiff State of Oregon*

By: /s/ *Michael E. Haglund*

**Michael E. Haglund (pro hoc vice)**
**Michael K. Kelley (pro hoc vice)**
STATE OF OREGON
HAGLUND KELLEY JONES & WILDER LLP
Special Assistant Attorneys General for the State of Oregon
200 SW Market Street, Suite 1777
Portland, Oregon 97201

**Tim D. Nord, OSB No. 882800**
Oregon Senior Assistant Attorney General
1162 Court Street, NE
Salem, OR 97301-4096
Telephone: (503) 943-4400
Facsimile: (503) 225-1257

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: /s/ *Lee F. Berger*

**Holly A. House** (SB# 136045)
hollyhouse@paulhastings.com
**Kevin C. McCann** (SB# 120874)
kevinmccann@paulhastings.com
**Sean D. Unger** (SB# 231694)
seanunger@paulhastings.com
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

**Lee F. Berger** (SB# 222756)
leeberger@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1772
Facsimile: (202) 551-0172

**Gregory J. Weingart (State Bar No. 157997)**
**Hailyn J. Chen (State Bar No. 237436)**
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

CROWELL & MORING LLP
ATTORNEYS AT LAW

-7-

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND

Case3:10-cv-04346-SI Document74 Filed04/12/12 Page10 of 10

**Michael R. Lazerwitz** (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

**IT IS SO ORDERED.**

DATED: April _6, 2012

Hon. Susan Illston, United States District Judge

Attestation: The filer of this document attests that the concurrence of the signatories thereto has been obtained.

DCACTIVE-18025086.4

CROWELL & MORING LLP
ATTORNEYS AT LAW

-8-

MASTER FILE NO. 3:07 MD-1827 SI

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR LG'S MOTION FOR LEAVE TO AMEND