1  Harrison J. Frahn IV (SBN 206822)
   SIMPSON THACHER & BARTLETT LLP
2  2475 Hanover St.
   Palo Alto, California 94304
3  Tel:  650.251.5000
   Fax: 650.251.5002
4  hfrahn@stblaw.com

5  *Attorneys for Defendants Chi Mei Corporation,
   Chimei Innolux Corporation, Chi Mei Optoelectronics*
6  *USA, Inc., and CMO Japan Co., Ltd.*

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  (SAN FRANCISCO DIVISION)

11

| | |
|---|---|
| STATE OF OREGON, *ex rel.* John Kroger, Attorney General, | This Document Relates to Individual Case No. 3:10-cv-4346 SI |
| Plaintiffs, | Master File No. 3:07-md-1827 |
| v. | MDL No. 1827 |
| AU OPTRONICS CORPORATION, *et al.*, Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TIME TO RESPOND TO AMENDED COMPLAINT** |

1  WHEREAS plaintiff State of Oregon ("Oregon") filed the above captioned lawsuit on August 10, 2010;

2  WHEREAS Oregon filed a first amended complaint on April 15, 2011 ("Amended Complaint");

3  WHEREAS Defendants Chi Mei Corporation, Chimei Innolux Corporation, CMO Japan Co., Ltd., and Chi Mei Optoelectronic USA, Inc. (collectively, the "Chimei Defendants") jointly filed with other defendants a motion to dismiss Count III in its entirety and Count IV to the extent it seeks "disgorgement of profits" as a remedy on June 6, 2011;

4  WHEREAS the Court denied Defendants' joint motion to dismiss Counts III and IV of the Amended Complaint on July 12, 2011;

5  WHEREAS the Chimei Defendants entered into a stipulation with Oregon on October 24, 2012 that the Chimei Defendants' deadline to answer the Amended Complaint is December 12, 2012;

6  WHEREAS on October 29, 2012, the Court entered an order extending the Chimei Defendants' deadline to answer the Amended Complaint until December 12, 2012;

7  WHEREAS the Chimei Defendants have reached agreement on the terms of settlement with Oregon;

8  WHEREAS postponing indefinitely the Chimei Defendants' time to respond to the Amended Complaint will not alter the date of any other event or deadline already fixed by the Court;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Oregon, on the one hand, and the Chimei Defendants on the other hand, as follows:

The time for the Chimei Defendants to respond to the Amended Complaint shall be extended and a response shall not be required unless the Chimei Defendants/Oregon Settlement Agreement is judicially rejected or lawfully rescinded. If rejection or rescission of the Chimei Defendants/Oregon Settlement Agreement occurs, the Chimei Defendants and Oregon promptly

1 will ask the Court to determine the date by which the Chimei Defendants must respond to the
2 Amended Complaint.

4 Dated: December 12, 2012      HAGLUND KELLEY HORNGREN JONES & WILDER LLP

/s/ Michael K. Kelley
Michael E. Haglund (SBN 772030)
Michael K. Kelley (SBN 853782)
Shay S. Scott (SBN 934214)
HAGLUND KELLEY HORNGREN JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, OR 97201
Tel: (503) 225-0777
Fax: (503) 225-1257
mhaglund@hk-law.com

*Counsel for State of Oregon*

OREGON SENIOR ASSISTANT ATTORNEY GENERAL

Tim D. Nord (SBN 882800)
1162 Court Street, NW
Salem, OR 97301-4096
Tel: (503) 947-4333
Fax: (503) 225-1257
tim.d.nord@state.or.us

*Counsel for State of Oregon*

SIMPSON THACHER & BARTLETT LLP

/s/ Harrison J. Frahn IV
Harrison J. Frahn IV (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
*hfrahn@stblaw.com*

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

**FILER'S ATTESTATION**

I, Harrison J. Frahn IV, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael M. Kelley concurs in this filing.

/s/ Harrison J. Frahn IV
Harrison J. Frahn IV

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: __December 13__, 2012

By ___Susan Illston___
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE